UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| REGIONS BANK, | ) | |
| | ) | |
| v. | ) | NO. 2:09-CV-57 |
| | ) | |
| SOFHA REAL ESTATE INC. | ) | |

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated December 3, 2010. In that Report and Recommendation, the Magistrate Judge recommends that the Plaintiff/Counter-Defendant Regions Bank's Motion to Dismiss Amended Counterclaim, [Doc. 41], be granted. No objections have been filed to this Report and Recommendation. After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 48], and that Plaintiff/Counter-Defendant Regions Bank's Motion to Dismiss Amended Counterclaim, [Doc. 41], be **GRANTED**. As such, Count X of the Amended Counterclaim is, therefore, **DISMISSED**.

E N T E R:

                                                    s/J. RONNIE GREER
                                  UNITED STATES DISTRICT JUDGE